

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00167-CV

RUBEN DE LUIS                                                                    APPELLANT

V.

SHAKE THE NATIONS CHURCH                                          APPELLEES
INTERNATIONAL(1), INC.; SHAKE
THE NATIONS, INC.; MONICA
SWEENEY; KIMBERLY TURNER;
AND ROBERT C. JONES

------------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 017-253346-11

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 29, 2014, and June 11, 2014, we notified appellant in accordance

with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless

---

[1]*See* Tex. R. App. P. 47.4.

the $195 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 10, 2014

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).